# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

ABEL ACEVEDO PEREZ,

               **V.**          **JUDGMENT IN A CIVIL CASE**

MATTHEW CATE,

                      **CASE NUMBER:**   09cv414-H(BLM)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court grants Respondent's motion to dismiss and dismisses Petitioner's complaint with prejudice. The Court denies Petitioner a certificate of appealability......................................
..............................................................................................................................................

| December 23, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | S/ T. Lee |
|  | (By) Deputy Clerk |
|  | ENTERED ON December 23, 2009 |